UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 01 2018 ★

LONG ISLAND OFFICE

KRYSTAL JORGE on behalf of herself
and all others similarly situated

Plaintiff,

v.

GOLD KEY CREDIT INC.

Defendant.

Civil Action No. 2:17-cv-04313-LDW-AKT

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by (a) Plaintiff, in their individual capacity, are herby dismissed with prejudice, without costs to any party as against any other, and with each party bearing its own legal costs and expenses, and; (b) the Putative Class, defined in the Complaint, are dismissed without prejudice, without costs to any party against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
January 31, 2018

/s/ Ryan Gentile
_____
Ryan Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike - Suite 100
Floral Park, NY 11001
Tel: (212) 675-6161
*Attorney for Plaintiff*

/s/ Aaron R. Easley
_____
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Tel: 908-237-1660
*Attorney for Defendant*

SO ORDERED
S/ Leonard D. Wexler
_____
U.S.D.J.
CENTRAL ISLIP, NY
2/1/18